

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/26/2010

| | | |
|---|---|---|
| IN RE: | § | Case No. 04-38180 |
| FRANK BRADLEY TRENT, JONISE | § | Chapter 13 |
| LOUISE TRENT, | § | |
|    Debtor(s). | § | Judge Isgur |

## ORDER TO PAY REGISTRY FUNDS

The Clerk is ordered to pay to Frank Bradley Trent and Jonise Trent the following amounts:

1. The $144.35 held in the Court's registry for Woodland Lakes Civic Club.

2. The $2,404.57 held in the Court's registry for CountryWide Home Loans.

Payments shall be mailed to the Trents at 20026 Bradbury Road, Magnolia, Texas 77355.

SIGNED **April 26, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE